UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, : Civil Acton No.: 1:22-cv-06151 (LJL)

        Plaintiff, :

                   (ECF Case)

  -against- :

AMERICAN GUARANTEE AND :
LIABILITY INSURANCE COMPANY,

                    :
        Defendants.
-------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record that the above-captioned action, and all claims asserted therein, is dismissed and discontinued with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and that each party will bear its own costs and attorneys' fees.

Dated: New York, New York
       October 4, 2022

**USERY & ASSOCIATES**

By: *Brent S. Usery*
    Brent S. Usery

Address for Mail:
P.O. Box 2996
Hartford, CT 06104-2996
Physical Address:
485 Lexington Avenue, 7th Floor
New York, NY 10017
Tel.: (917) 778-6415
Fax.: (844) 571-4789
Email: busery@travelers.com
*Attorneys for plaintiff, Travelers Property Casualty Company of America*

**FORD MARIN ESPOSITO WITMEYER & GLESER, L.L.P.**

By: *Charles A. Booth*
    Charles A. Booth

Wall Street Plaza, Fl. 16
New York, New York 10005-1875
Tel.: (212) 269-4900
Fax.: (212) 344-4294
Email: cabooth@fmew.com
*Attorneys for defendant, American Guarantee and Liability Insurance Company*